| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. -07-272 GEB |
| v. | ) | |
| | ) | |
| DURWARD JONES | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(**X**) Ad Prosequendum                              () Ad Testificandum

Name of Detainee: **Durward Jones**
Detained at (custodian)**:**            **Deuel Vocational Institute**

Detainee is:           a.)      (**X**) charged in this district by:   () Indictment     (**X**)Information () Complaint
                                         charging detainee with: **18 U.S.C. § 2252**
             or   b.)      () a witness not otherwise available by ordinary process of the Court

Detainee will:        a.)      (**X**) return to the custody of detaining facility upon termination of proceedings
             or   b.)      () be retained in federal custody until final disposition of federal charges, as a sentence is
                                         currently being served at the detaining facility

*Appearance is necessary on July 23, 2007 at 2:00 p.m. before Magistrate Judge in the Eastern District of
California for an Arraignment.*

|  |  |
|---|---|
| Signature: | /s/ Laurel D. White |
| Printed Name & Phone No: | Laurel D. White (916) 554-2780 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum                              () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, **on July 23, 2007** and any further proceedings to be
had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  July 19, 2007.

_____
United States Magistrate Judge

_____

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): |  Durward B. Jones, III | Male | |
| Booking or CDC #: | P-72590 | DOB: | Unknown |
| Facility Address: | P.O Box 400 | Race: | Unknown |
| | Tracy, CA 95378 | | |

Facility Phone:            209-835-4141
Currently Incarcerated For: _____

_____

## RETURN OF SERVICE

Executed on  _____        By: _____
                                                                        (Signature)