UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. -07-272 GEB |
| v. | ) | |
| | ) | |
| Durward Jones | ) | |

## AMENDED
## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum            () Ad Testificandum

Name of Detainee: **Durward Jones**
Detained at (custodian)**:**     **Mule Creek State Prison**

Detainee is:    a.)    (**X**) charged in this district by:    () Indictment    (**X**)Information () Complaint
                           charging detainee with: **18 U.S.C. § 2252**
       or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    (**X**) return to the custody of detaining facility upon termination of proceedings
       or    b.)    () be retained in federal custody until final disposition of federal charges, as a sentence is
                      currently being served at the detaining facility

*Forthwith Appearance is necessary on July 25, 2007 at 2:00 p.m. before Magistrate Judge in the Eastern District of California for an Arraignment.*

| | |
|---|---|
| Signature: | /s/ Laurel D. White |
| Printed Name & Phone No: | Laurel D. White (916) 554-2780 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum            () Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on July 25, 2007** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  July 19, 2007.

                                                         United States Magistrate Judge

___

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Durward B. Jones, III | Male | |
| Booking or CDC #: | P-72590 | DOB: | Unknown |
| Facility Address: | P.O Box 409099 | Race: | Unknown |
| | Ione, CA 95640 | | |

Facility Phone:            209-274-4911
Currently Incarcerated For:   _____

___

### RETURN OF SERVICE

Executed on   _____        By: _____
                                                                 (Signature)